[No. 8,044.—Department Two.]

## THOMAS MORAN v. H. L. McCOY.

SALE OF PERSONAL PROPERTY—DELIVERY—FRAUD AS TO CREDITORS— SUFFICIENCY OF EVIDENCE.—In an action to recover personal property, in which the defendant justified under an execution against one R.— whose property he alleged it to be—the Court found that, prior to the levy, the property was owned by R., and was by him sold and delivered to the plaintiff. *Held:* There was sufficient evidence to support the finding.

APPEAL from a judgment for the plaintiff, and from an order denying a new trial in the Tenth District Court of the County of Yuba. KEYSER, J.

*L. J. Ashford* and *S. M. Bliss*, for Appellant.

*John C. Gray* and *John Gale*, for Respondent.

The COURT:

The Court found that the property in controversy was owned by one Pauline Rowze, on the thirtieth day of November, 1877, and that it was on that day sold and delivered by said Rowze to the plaintiff. There was sufficient evidence to support the finding. The judgment and order are therefore affirmed.